DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
BROWN, BROWN & PREMSRIRUT
520 S. Fourth St., 2ND Fl.
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
Fax: (702) 385-6965
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:24-cr-0064 |
| Plaintiff, ) | |
| vs. ) | **STIPULATION TO CONTINUE REVOCATION** |
| JENNIFER MCQUAIG, ) | |
| Defendants. ) | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between, Assistant U.S. Attorney Steven Rose, counsel for the United States of America, and David T. Brown, counsel for defendant, JENNIFER MCQUAIG, that the Revocation Hearing scheduled for Monday, November 25, 2024 at the hour of 10:00 a.m. be continued for forty-five (45) days for a date and time convenient to the court. This Stipulation is entered into for the following reasons:

1. On November 13, 2024, Ms. McQuaig, was ordered to enter and complete an inpatient treatment program at Crossroads.

2. A bed was available that day November 13, 2024, at Crossroads, and the parties anticipate Ms. McQuaig entering the program this week.

3. The parties believe that completion of this program should take close to forty-five (45) days.

/ / /

/ / /

4. Counsel for the defendant and counsel for the Government will each be out of the jurisdiction the week of November 25th.

**DATED** this 14th day of November, 2024.

/s/ David Brown

DAVID T. BROWN
Counsel for Defendant
Jennifer McQuaig

/s/ Steven Rose

Steven Rose
Counsel for Plaintiff
UNITED STATES OF AMERICA

**ORDER**

**IT IS HEREBY ORDERED** that the hearing scheduled for Monday, November 25, 2024 at the hour of 10:00 a.m. be rescheduled for the 13th day of January, 2025 at the hour of 10:00 a.m.

**DATED** this 19th day of November, 2024.

UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 14 day of November, 2024, the STIPULATION TO CONTINUE HEARING DATE was electronically served upon the following attorneys of record in this matter:

BY:   /s/ David Brown

David T. Brown
Nevada Bar No. 6914
520 S. Fourth Street
Las Vegas, Nevada 89101

2